No. 2,140.—THE STATE OF MONTANA ex rel. CHARLES P. NEVIN, Relator, v. THE SECOND JUDICIAL DISTRICT COURT, IN AND FOR THE COUNTY OF SILVER BOW et al., Respondents.

*Mr. J. Bruce Kremer,* for Relator.

*Mr. T. J. Walsh,* for Respondents.

No. 2,141.—THE STATE OF MONTANA ex rel. WM. B. DALY, Relator, v. THE SECOND JUDICIAL DISTRICT COURT IN AND FOR SILVER BOW COUNTY et al., Respondents.

*Mr. J. Bruce Kremer,* for Relator.

*Mr. T. J. Walsh,* for Respondents.

Original applications for writs of prohibition.

Argued and submitted upon demurrers December 24, 1904. Demurrers overruled.

Decided April 20, 1905.

PER CURIAM.—The foregoing causes are hereby dismissed for want of prosecution.

---

No. 2,197.—IN THE MATTER OF THE APPLICATION OF S. C. HERRON FOR WRIT OF MANDATE.

Original application for writ of mandate directed to John W. Tattan, judge of the district court of Valley county, commanding said judge to enter petitioner Herron's name as counsel for one Malcolm charged with the crime of murder.

Decided April 24, 1905.